# 712 CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of the Application of the CITY OF NEW YORK (North River, between West 44th St. and West 47th and West 48th Sts., etc.). SUMNER GERARD, Sole Surviving Trustee, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MORDECAI BENGUIAT and Another v. THE GOTHAM NATIONAL BANK OF NEW YORK.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JUAN B. RODRIGUEZ v. HUGH J. SHEERAN, as Receiver, etc.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

ROBERT P. MARSHALL v. JAMES S. BARRON. WILLIAM R. SIMONDS and Others, Defendants, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin, and Burr, JJ.

ZACHARIS ROGDAKIS v. LOUIS VAMVAKETIS, Defendant, Impleaded with LOUIS MERCEDES, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of ALEXANDER ACKERSON, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of GEORGE S. PARSONS, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of NATHAN KOPF, Also Known as NATHANIEL KOPF, an Attorney. — Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE ELECTRICAL BOARD OF TRADE OF NEW YORK, INC., Appellant, v. COR- NELIUS M. SHEEHAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MATILDA SHARP, as Administratrix, etc., of EUGENE SHARP, Deceased, Respond- ent, v. CENTRAL HUDSON STEAMBOAT COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $8,945.74, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents and votes for reversal.

ALFRED H. NEWBURGER and Others, Appellants, v. AMERICAN SURETY COM- PANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX COHEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appel- lant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVA OKUN, Respondent, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, order of certiorari dismissed and the determination of the board of appeals confirmed, with fifty dollars costs, on the authority of *People ex rel. Werner* v. *Walsh* (212 App. Div. 635), handed down May 1, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.

CHARLES H. STANTON, Respondent, v. ARTHUR DAY, Appellant, Impleaded